BURSOR & FISHER, P.A.
Neal J. Deckant (CA SBN 322946)
ndeckant@bursor.com
Frederick J. Klorczyk III (CA SBN 320783)
fklorczyk@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Attorneys for Plaintiff KENNETH GLASS

BAKER DONELSON
Sara M. Turner (*pro hac vice pending*)
smturner@bakerdonelson.com
Kyle A. Diamantas (*pro hac vice pending*)
kdiamantas@bakerdonelson.com
1400 Wells Fargo Tower
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 250-8316
Facsimile: (205) 250-3716

VENABLE LLP
Angel A. Garganta (CA SBN 163957)
AGarganta@venable.com
Tyler Welti (CA SBN 257993)
TGWelti@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Attorneys for Defendant
GLOBAL WIDGET, LLC d/b/a HEMP BOMBS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GLASS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GLOBAL WIDGET, LLC d/b/a HEMP BOMBS,<br><br>   *Defendant*. | Case No. 19-cv-01906-MCE-KJN<br><br>**STIPULATION TO EXTEND DEADLINES AND SET A BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS; SCHEDULING ORDER** |

Plaintiff Kenneth Glass and Defendant Global Widget LLC d/b/a Hemp Bombs enter into this stipulation and agreement, subject to the Court's approval, to set a briefing schedule on Defendant's anticipated Motion to Dismiss Plaintiff's Complaint and extend related case management deadlines.

WHEREAS, Plaintiff filed a complaint on September 9, 2019 (ECF 1);

WHEREAS, on September 20, 2019, the Court issued a pre-trial scheduling order requiring the Parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within 60 days of service of the Complaint on Plaintiffs (ECF 3 at 2);

WHEREAS, on October 10, 2019, Defendant filed a waiver of the service of summons (ECF 4);

WHEREAS, Defendant's deadline to file a responsive pleading and the Parties' deadline to meet and confer regarding their discovery plan is currently November 25, 2019;

WHEREAS, Defendant plans to file a motion to dismiss and seeks to extend the deadline to file that responsive pleading 15 days, to December 9, 2019;

WHEREAS, the Parties have met and conferred regarding extending the deadline for Defendant to file a responsive pleading and setting a briefing schedule on Defendant's motion to dismiss;

WHEREAS, the Parties have agreed to extend Defendant's deadline to file a responsive pleading and to set a briefing schedule on Defendant's anticipated motion to dismiss as follows: The deadline for Defendant to file a motion to dismiss shall be December 9, 2019; the deadline for Plaintiff to file an opposition to the motion to dismiss shall be January 10, 2020; the deadline for Defendant to file a reply in support of the motion to dismiss shall be January 31, 2020; and the hearing on Defendant's motion to dismiss shall be March 5, 2020 or as soon thereafter as the Court may be available.

WHEREAS, the Parties have also agreed that it would be appropriate to extend the deadline for the Parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) until December 11, 2019;

WHEREAS, the Parties have not previously sought to extend any deadlines in this matter;

WHEREAS, the Parties believe that there is good cause for the requested extensions and proposed briefing schedule because the proposed schedule will conserve party and judicial resources, allow the parties to focus on the dispositive motion to dismiss, and because, without an extension, briefing deadlines on the motion to dismiss would fall during the winter holidays.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The deadline for Defendant to file a motion to dismiss shall be December 9, 2019; the deadline for Plaintiff to file an opposition to the motion to dismiss shall be January 10, 2020; the deadline for Defendant to file a reply in support of the motion to dismiss shall be January 31, 2020; and the hearing on Defendant's motion to dismiss shall be March 5, 2020, or as soon thereafter as the Court may be available.

2. The Parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) by December 11, 2019.

Dated: November 20, 2019

By: */s/ Tyler Welti*
Sara M. Turner
Kyle A. Diamantas
Angel A. Garganta
Tyler Welti

Attorneys for Defendant
GLOBAL WIDGET, LLC d/b/a
HEMP BOMBS

By: */s/ Neal J. Deckant* (as authorized 11/13/2019)
Neal J. Deckant
Frederick J. Klorczyk III

Attorneys for Plaintiff
KENNETH GLASS

Case No. 19-cv-01906-MCE-KJN
STIPULATION & ORDER TO EXTEND DEADLINES & SET BRIEFING SCHEDULE

2

1 **ORDER**

2     Upon the Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY

3 ORDERED that:

4     1.    The deadline for Defendant to file a motion to dismiss shall be December 9, 2019;

5 the deadline for Plaintiff to file an opposition to the motion to dismiss shall be January 10, 2020;

6 the deadline for Defendant to file a reply in support of the motion to dismiss shall be January 31,

7 2020; and the hearing on Defendant's motion to dismiss shall be March 5, 2020, or as soon

8 thereafter as the Court may be available.

9     2.    The Parties shall meet and confer as required by Federal Rule of Civil Procedure

10 26(f) by December 11, 2019.

11     IT IS SO ORDERED.

12 Dated: November 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No. 19-cv-01906-MCE-KJN
STIPULATION & ORDER TO EXTEND DEADLINES & SET BRIEFING SCHEDULE

3