BURSOR & FISHER, P.A.
Neal J. Deckant (CA SBN 322946)
ndeckant@bursor.com
Frederick J. Klorczyk III (CA SBN 320783)
fklorczyk@bursor.com
1990 North Carolilna Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Attorneys for Plaintiff KENNETH GLASS

BAKER DONELSON
Sara M. Turner (*pro hac vice pending*)
smturner@bakerdonelson.com
Kyle A. Diamantas (*pro hac vice pending*)
kdiamantas@bakerdonelson.com
1400 Wells Fargo Tower
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 250-8316
Facsimile: (205) 250-3716

VENABLE LLP
Angel A. Garganta (CA SBN 163957)
AGarganta@venable.com
Tyler Welti (CA SBN 257993)
TGWelti@venable.com
101 California Street, Suite 3800
San Francisco, CA  94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Attorneys for Defendant
GLOBAL WIDGET, LLC d/b/a HEMP BOMBS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GLASS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GLOBAL WIDGET, LLC d/b/a HEMP BOMBS,<br><br>*Defendant*. | Case No.   2:19-cv-01906-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES AND SET A BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Kenneth Glass and Defendant Global Widget LLC d/b/a Hemp Bombs enter into this stipulation and agreement, subject to the Court's approval, to set a briefing schedule on Defendant's anticipated Motion to Dismiss Plaintiff's First Amended Complaint.

WHEREAS, on September 19, 2019, Plaintiff filed a complaint in this matter (ECF 1);

WHEREAS, on September 19, 2019, Defendant filed a motion to dismiss and strike or stay Plaintiff's complaint (ECF 16-1);

WHEREAS, on December 30, 2019, Plaintiff filed an amended complaint (ECF 19);

WHEREAS, pursuant to Fed. R. Civ. P. 15, Defendant's deadline to file a responsive pleading to the First Amended Complaint is January 13, 2020;

WHEREAS, Defendant plans to file a motion to dismiss and seeks to extend the deadline to file that responsive pleading by 16 days, to January 29, 2020;

WHEREAS, the Parties have met and conferred regarding extending the deadline for Defendant to file a responsive pleading and setting a briefing schedule on Defendant's forthcoming motion to dismiss;

WHEREAS, the Parties have agreed to extend Defendant's deadline to file a responsive pleading and to set a briefing schedule on Defendant's forthcoming motion to dismiss as follows:

- The deadline for Defendant to file a motion to dismiss shall be January 29, 2020;
- The deadline for Plaintiff to file an opposition to the motion to dismiss shall be February 28, 2020;
- The deadline for Defendant to file a reply in support of its motion to dismiss shall be March 16, 2020; and
- The hearing on Defendant's motion to dismiss shall be April 2, 2020, or as soon thereafter as the Court may be available.

WHEREAS, the Parties believe that there is good cause for the requested extensions and proposed briefing schedule because the proposed schedule will conserve party and judicial resources, allow the parties to focus on the dispositive motion to dismiss and response thereto.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

- The deadline for Defendant to file a motion to dismiss shall be January 29, 2020;
- The deadline for Plaintiff to file an opposition to the motion to dismiss shall be February 28, 2020;
- The deadline for Defendant to file a reply in support of the motion to dismiss shall be March 16, 2020; and
- The hearing on Defendant's motion to dismiss shall be April 2, 2020, or as soon thereafter as the Court may be available.

Dated: January 10, 2020

By: */s/ Tyler Welti*
Sara M. Turner
Kyle A. Diamantas
Angel A. Garganta
Tyler Welti

Attorneys for Defendant
GLOBAL WIDGET, LLC d/b/a
HEMP BOMBS

By: */s/ Neal J. Deckant* (as authorized 01/07/2020)
Neal J. Deckant
Frederick J. Klorczyk III

Attorneys for Plaintiff
KENNETH GLASS

# ORDER

Upon the Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The deadline for Defendant to file a motion to dismiss shall be January 29, 2020.
2. The deadline for Plaintiff to file an opposition to the motion to dismiss shall be February 28, 2020.
3. The deadline for Defendant to file a reply in support of the motion to dismiss shall be March 16, 2020.
4. If necessary, the hearing on Defendant's motion to dismiss shall be April 2, 2020, or as soon thereafter as the Court may be available.

IT IS SO ORDERED.

Dated: January 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE