1  BURSOR & FISHER, P.A.
   Neal J. Deckant (CA SBN 322946)
2  Brittany S. Scott (CA SBN 327132)
   ndeckant@bursor.com
3  bscott@bursor.com
   1990 North Carolina Blvd., Suite 940
4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700

6  Attorneys for Plaintiff KENNETH GLASS

7  BAKER DONELSON
   Sara M. Turner (*pro hac vice*)
8  smturner@bakerdonelson.com
   1901 Sixth Street North, Suite 2600
9  Birmingham, AL 35203
   Telephone: (205) 250-8316
10 Facsimile: (205) 250-3716

11 VENABLE LLP
   Angel A. Garganta (CA SBN 163957)
12 AGarganta@venable.com
   Tyler Welti (CA SBN 257993)
13 TGWelti@venable.com
   101 California Street, Suite 3800
14 San Francisco, CA 94111
   Telephone: (415) 653-3750
15 Facsimile: (415) 653-3755

16 Attorneys for Defendant
   GLOBAL WIDGET, LLC d/b/a HEMP BOMBS
17

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH GLASS, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>GLOBAL WIDGET, LLC d/b/a HEMP BOMBS,<br><br>　　　　　*Defendant*. | Case No. 19-cv-01906-MCE-KJN<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Kenneth Glass ("Plaintiff") and Global Widget, LLC d/b/a Hemp Bombs ("Defendant"), through their designated counsel, that this action be and is hereby dismissed **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs. All rights of appeal are expressly waived.

Dated: February 16, 2024          By: */s/ Sara M. Turner (as authorized 2/16/24)*
                                                  Sara M. Turner
                                                  Angel A. Garganta
                                                  Tyler Welti

                                                  Attorneys for Defendant
                                                  GLOBAL WIDGET, LLC d/b/a HEMP BOMBS

                                        By: */s/ Neal J. Deckant*
                                                  Neal Deckant
                                                  Brittany S. Scott

                                                  Attorneys for Plaintiff
                                                  KENNETH GLASS

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  February 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE